**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AYANNA JONES** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00455-LPR**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. Judgment is entered in favor of the Plaintiff. This is a "sentence four" remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 20th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE